# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141977(84)

ENGENIUS, INC. and ENGENIUS-EU,
LIMITED,
      Plaintiffs-Appellees,

v

                                    SC: 141977
                                    COA: 290682
FORD MOTOR COMPANY,          Wayne CC: 03-331133-CK
      Defendant-Appellant.
_____/

      On order of the Court, the motion to partially confirm judgment is considered, and it is DENIED, because this Court is not persuaded that it should grant the requested relief at this time.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2011

d0525

_____
Clerk